FILED

2026 May-12  PM 12:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **NANCY MENDOZA GARCIA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 7:26-cv-776-LCB-NAD** |
| | ) | |
| **JORDAN POWELL,** *et al.*, | ) | |
| | ) | |
| **Respondents.** | ) | |

## <u>MEMORANDUM</u>

In the minutes before close of business on the afternoon of Friday, May 8, Petitioner Nancy Mendoza Garcia filed a verified petition for writ of habeas corpus and complaint for declaratory and injunctive relief, along with an emergency motion for an ex parte temporary restraining order or preliminary injunction. (Docs. 1 & 3). These filings asked the Court to enjoin the Respondents—without word from the other side—from removing Garcia from the United States while the Court decides the lawfulness of agency action that could permanently remove her from the United States before U.S. Citizenship and Immigration Services had taken "reasoned action" on her pending I-485 Application to Register Permanent Residence or Adjust Status. *See id.* The Court and its staff spent the weekend reviewing Petitioner's filings and evaluating the merits of her claim.

Yesterday, the Court directed the Clerk of Court to set the matter for a hearing this afternoon, only to be informed that it could not do so, because Petitioner's counsel, Karen Weinstock, has not been admitted to practice in the U.S. District Court for the Northern District of Alabama. The Court further learned that although Ms. Weinstock has applied for admission to appear pro hac vice, counsel was admonished that her application could not be granted until local counsel, Amanda B. Cook, appears in this case. Ms. Cook, however, has not yet made an appearance, and until she does, Garcia's petition—despite its alleged urgency—is at a standstill.

Ms. Weinstock and Ms. Cook are hereby admonished not to waste the Court's time any further with so-called emergency petitions that they are not prepared to litigate. If counsel should wish to practice in this district, then they must be fully prepared to do so.

**DONE** and **ORDERED** this May 12, 2026.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

2